UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH SANCHEZ,                        No. 2:09-cv-03341-MCE-JFM

      Plaintiff,

  v.                                   MEMORANDUM AND ORDER

GMAC Mortgage, LLC,

      Defendant.

----oo0oo----

This action arises out of a mortgage loan transaction in which Plaintiff Joseph Sanchez ("Plaintiff") refinanced his home in November 2004. Presently before the Court is a Motion by Defendant GMAC Mortgage, LLC ("Defendant") to Dismiss the claims alleged against it in Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), or alternatively, a Motion for a More Definite Statement under Federal Rule of Civil Procedure 12(e).

///

///

1

1 Defendant also filed a Motion to Strike pursuant to Rule 12(f).[1]
2 Plaintiff has failed to timely file an opposition.

3 Pursuant to Local Rule 230(c), opposition to a motion must
4 be filed not less than fourteen (14) days prior to the date of
5 the hearing.  The date of the hearing on motion was set for
6 February 25, 2010.  Fourteen (14) days prior to the hearing was
7 February 11, 2010.  No opposition was filed as required.

8 In light of the fact that no opposition was filed by
9 Plaintiff, Defendant's Motion to Dismiss (Docket No. 20) is
10 GRANTED with leave to amend.

11 Plaintiff may file an amended complaint not later than
12 twenty (20) days after the date this Memorandum and Order is
13 filed electronically.  If no amended complaint is filed within
14 said twenty (20)-day period, without further notice, Plaintiff's
15 claims will be dismissed without leave to amend.

16 Defendant's Motion to Strike (Docket No. 9) is DENIED as
17 moot.

18 IT IS SO ORDERED.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court deemed this matter suitable for decision without oral argument.  Local Rule 230 (g).

2